**Samuel WRIGHT, Plaintiff–Appellant,**

v.

**Kathy HAWK, Director, United States Bureau of Prisons; John Doe, Superintendent, Northern Neck Regional Jail, Defendants–Appellees.**

No. 01–6086.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Samuel Wright, pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Samuel Wright appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and

the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Wright v. Hawk,* No. CA–00–232 (E.D.Va. Dec. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*